1  Genie Harrison, Esq. (SBN 163641)
   Robert M. Kitson, Esq. (SBN 214091)
2  LITT, ESTUAR, HARRISON & KITSON, LLP
   1055 Wilshire Blvd., Ste. 1880
3  Los Angeles, CA. 90017
   Tel.: (213) 386-3114 xt. 209
4  Fax: (213) 380-4585
5  E-mail: gharrison@littlaw.com

6  Attorney for Plaintiffs
   Jarrod Tomassi and Aaron King,
7  And All Others Similarly Situated

8

9              UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JARROD TOMASSI, AARON KING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF LOS ANGELES, a Municipal Corporation,<br><br>Defendant. | Case No. CV08-01851-DSF-SSx<br><br>[Magistrate Suzanne H. Segal]<br><br>[~~PROPOSED~~] ORDER RE STIPULATED PROTECTIVE ORDER ON DEFENDANT'S FURTHER RESPONSE TO INTERROGATORY NO. 1<br><br>**Discovery Cut-off Date: 08/28/09**<br>**Final Pretrial Conf. Date: 01/05/10**<br>**Trial Date: 02/02/10** |

   The parties have submitted a Stipulated Protective Order Pursuant to the
Court's Order dated October 24, 2008, granting in part and denying in part
Plaintiffs' Motion to Compel Further Responses to Interrogatory No. 1.
   Having reviewed and considered the parties' Stipulated Protective Order, the
Court finds there is good cause to approve the Stipulated Protective Order and
///

                                    1

[PPROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER ON
DEFENDANT'S FURTHER RESPONSE TO INTERROGATORY NO. 1

1  thereby make it an Order of the Court.
2      IT SO ORDERED.
3
4  Dated: October 28, 2008
5
                          MAGISTRATE SUZANNE H. SEGAL
                          UNITED STATES DISTRICT COURT
                          JUDGE

2

[PPROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER ON
DEFENDANT'S FURTHER RESPONSE TO INTERROGATORY NO. 1